# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 572
:
ADOPTION OF THE REGULATIONS OF : JUDICIAL ADMINISTRATION DOCKET
THE PENNSYLVANIA JUDICIAL :
ETHICS ADVISORY BOARD :
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2022, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania and Pa.R.J.E.A.B. 104(d)(3), that the Regulations for the Pennsylvania Judicial Ethics Advisory Board are adopted in the attached form on a temporary basis, pending further review by the Court.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective July 1, 2022.